■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL A. ORANE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant forfeited his claim that the court

abused its discretion in denying his motion to disqualify the District Attorney's office when he entered a guilty plea to the indictment *(People v Manzo,* 99 AD2d 817; *see, People v Taylor,* 65 NY2d 1, 5-6; *People v Stephens,* 122 AD2d 606, 608, *lv denied* 68 NY2d 817). Were we to address defendant's claim, we would find it lacking in merit *(see, Matter of Schumer v Holtzman,* 60 NY2d 46; *People v Shinkle,* 51 NY2d 417; *Matter of Relin v Celli,* 134 AD2d 960). (Appeal from judgment of Monroe County Court, Maloy, J.—robbery, first degree, and other charges.) Present—Dillon, P. J., Callahan, Boomer, Green and Davis, JJ.